AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of New York

| | | |
|---|---|---|
| ENZA A. ADDEO | ) | |
| *Plaintiff(s)* | ) | |
| v. | ) | Civil Action No. 7:25-cv-05364 |
| SPECTRUM PAINTING CORP. and PELLEGRINO MONTEFORTE | ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  SPECTRUM PAINTING CORP.
1 BYRAM BROOK PLACE
ARMONK, NEW YORK 10504

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

MITCHELL I. WEINGARDEN, ESQ.
LAW OFFICES OF MITCHELL I. WEINGARDEN, PLLC
81 MAIN STREET, SUITE 307
WHITE PLAINS, NY 10601

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: June 30, 2025

/S/ S. James
*Signature of Clerk or Deputy Clerk*

